UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUIS JOHN STEUERLE

VERSUS

TRAVIS COOK, ET AL

CIVIL ACTION

NO. 07-498-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be remanded to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, November 16, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA